UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



```
******************************************************
                                      *
TAMI SMITH, as Personal Representative *
of the Estate of VELDA SMITH, deceased, *   CIV 08-4023
                                      *
        Plaintiffs,                   *
                                      *
    -vs-                              *   JUDGMENT
                                      *
GARY BUBAK, M.D., WAGNER              *
COMMUNITY MEMORIAL HOSPITAL,          *
a South Dakota corporation; BUBAK     *
MEDICAL CLINIC; AVERA HEALTH,         *
a South Dakota Corporation; and AVERA *
SACRED HEART HOSPITAL,                *
                                      *
        Defendants.                   *
                                      *
******************************************************
```

In accordance with the Memorandum Opinion and Order granting Defendants' motions for summary judgment filed on this date with the Clerk of Court,

IT IS ORDERED, ADJUDGED and DECREED that Judgment is entered against Plaintiff and in favor of Defendants Gary Bubak, M.D., Bubak Medical Clinic, Wagner Community Memorial Hospital, Avera Health, and Avera Sacred Heart Hospital.

Dated this 17th day of February, 2010.

BY THE COURT:

*/s/ Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: *Jackie Meisenheimer*
(SEAL)   DEPUTY